United States Bankruptcy Court
Central District of California

Art and Architecture Books of the 21st C,
    Plaintiff
                               Adv. Proc. No. 15-01105-RK

AERC DESMONDS TOWER, LLC, a Delaware lim,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-2    User: admin    Page 1 of 1    Date Rcvd: Apr 17, 2017
                     Form ID: pdf031    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2017.
dft          +AERC DESMONDS TOWER, LLC, a Delaware limited liabi,   Attn: Scott Irwin, VP & General Counsel,    Associated Estates,   1 AEC Parkway,   Richmond Heights, OH 44143-1500
pla          +Art and Architecture Books of the 21st Century,   5514 Wilshire Blvd,    Los Angeles, CA 90036-3829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
                                                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2017 at the address(es) listed below:
        Beth Ann R Young    on behalf of Interested Party    Courtesy NEF bry@lnbyb.com
        Carolyn A Dye    on behalf of Plaintiff    Art and Architecture Books of the 21st Century     trustee@cadye.com
        Krikor J Meshefejian     on behalf of Interested Party    Courtesy NEF kjm@lnbrb.com
        Michael C Schneidereit    on behalf of Defendant    AERC DESMONDS TOWER, LLC, a Delaware limited liability company mschneidereit@jonesday.com,
         gmarinelli@jonesday.com;scollymore@jonesday.com;tckowalski@jonesday.com;bievanson@jonesday.com
        United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                                         TOTAL: 5

| | |
|---|---|
| 1 | BRUCE S. BENNETT (Bar No. 105430) |
| | SIDNEY P. LEVINSON (Bar No. 139419) |
| 2 | MICHAEL C. SCHNEIDEREIT (Bar No. 234956) |
| | JONES DAY |
| 3 | 555 South Flower Street, 50th Floor |
| | Los Angeles, CA 90071 |
| 4 | Telephone: (213) 489-3939 |
| | Facsimile: (213) 243-2539 |
| 5 | E-mail: bbennett@jonesday.com |
| | slevinson@jonesday.com |
| 6 | mschneidereit@jonesday.com |

**FILED & ENTERED**

APR 17 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

Counsel for AERC Desmond's Tower, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | CASE NO. 2:13-BK-14135-RK |
| ART AND ARCHITECTURE BOOKS OF THE 21ST CENTURY, dba ACE GALLERY | Chapter 11 |
| Debtor. | Adversary No. 2:15-ap-01105-RK |
| ART AND ARCHITECTURE BOOKS OF THE 21ST CENTURY, dba ACE GALLERY | **ORDER APPROVING STIPULATION TO STAY ADVERSARY PROCEEDING** |
| Plaintiff | Current Status Conference |
| v. | Date: May 17, 2017<br>Time: 11:00 a.m. |
| AERC DESMOND'S TOWER, LLC; a Delaware limited liability company,<br>Defendant | Location: Courtroom 1675<br>255 East Temple Street<br>Los Angeles, CA 90012 |

This Court, having considered the "Stipulation to Stay Adversary Proceeding" (ECF No. 55) (the "Stipulation"), it is hereby ORDERED that:

1. The Stipulation is APPROVED in its entirety.

2. With the exception of proceedings, hearings or briefing deadlines required by the Settlement Agreement (including, without limitation, the 9019 Motion), this adversary proceeding is stayed pending the Court's ruling on the 9019 Motion. All proceedings between the Parties that are pending in this adversary proceeding are stayed and all hearings, status conferences, and briefing deadlines in this adversary proceeding are continued pending the Court's ruling on the 9019 Motion. All decisions in this adversary proceeding shall be deferred pending the Court's ruling on the 9019 Motion.

###

Date: April 17, 2017

Robert Kwan
United States Bankruptcy Judge

- 1 -